91–2418. Jelks v. Alibrando Plumbing. *Franklin County*, No. 90AP–622. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and was considered in a manner prescribed by law. On application of counsel for appellee, this cause is hereby dismissed for want of prosecution, effective January 6, 1992, pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.

IT IS FURTHER ORDERED by the court that a copy of this entry be certified to the Clerk of the Court of Appeals for Franklin County for entry.

### *Wednesday, January 8, 1992*
### MISCELLANEOUS DOCKET

91–1266. In re Keita. This matter is pending before the court upon the recommendation of the Board of Commissioners on Character and Fitness that Sundiata Keita's application to take the Ohio bar examination be disapproved.

IT IS ORDERED by the Court, *sua sponte*, that before a determination is made on the merits of this case the applicant, Sundiata Keita, submit to an independent psychiatric evaluation; that such evaluation be conducted by a psychiatrist to be selected by the court; and that such evaluation be at the applicant's expense.

IT IS FURTHER ORDERED that this matter is stayed pending the court's receipt of the psychiatrist's report.